IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-000078-WDM-BNB

ALBERT CASTILLO,

   Plaintiff,

v.

BURLINGTON NORTHERN SANTE FE RAILROAD COMPANY, (BNSF), a corporation,

   Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal, in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 7, 2006.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge

PDF FINAL